**NOTE: CHANGES MADE BY THE COURT**

# JS-6

IN THE UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WATERWORKS AQUATICS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW BROWN; UNITED STATES OF AMERICA; INTERNAL REVENUE SERVICE, et al.<br><br>Defendants. | Case No. 8:19-cv-01318-JLS-ADS<br><br>ORDER GRANTING STIPULATION TO:<br><br>VACATE TRIAL AND RELATED DEADLINES<br><br>ADMINISTRATIVELY CLOSE THE CASE |

For good cause shown, the Stipulation to (1) Vacate Trial and Related Deadlines and (2) Administratively Close the Case hereby **GRANTED**.

**IT IS ORDERED** that:

1. The trial and all related deadlines in this matter are hereby vacated;
2. The clerk of court is ordered to administratively close this matter; and,

3. Upon receipt and distribution by HSTP of the remaining three installment payments, Andrew Brown and the United States will promptly file notice with the court that this matter may be formally closed with prejudice.

4. The court retains jurisdiction to vacate this order and to administratively reopen the action upon showing of good cause that the settlement has not been completed.  Additionally, if the settlement has not been completed by August 8, 2025, and/or a notice of dismissal has not been filed by August 8, 2025, the parties are **ORDERED** to file a joint status report with the court on or before August 22, 2025.

**IT IS SO ORDERED.**

Dated: June 17, 2022

Honorable Fred W. Slaughter
UNITED STATES DISTRICT JUDGE